AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Drewes Farms Partnership | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:19-cv-434 |
| City of Toledo, Ohio | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Toledo, Ohio
c/o Dale R. Emch, Law Director
One Government Center, Suite 2250
Toledo, Ohio 43604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas H. Fusonie
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, Ohio 43216
thfusonie@vorys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Sandy Opacich

*CLERK OF COURT*

Date: 2/27/2019

s/LoriAnne MacKenzie

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-434

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Toledo, Law Director
was received by me on *(date)* Feb. 27, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Clifton Beasley, who is designated by law to accept service of process on behalf of *(name of organization)* City of Toledo, Law Director on *(date)* Feb. 27, 2019; @ 4:10 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/28/2019

*Server's signature*

JAMES LARIVIERE — Qualifying Agent
*Printed name and title*

1905 River Rd. Maumee OH 43537
*Server's address*

Additional information regarding attempted service, etc: