## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DREWES FARMS PARTNERSHIP, | ) | Case No. 3:19-cv-00434-JZ |
| | ) | |
| Plaintiff, | ) | Hon. Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF TOLEDO, OHIO, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Now come Gerald R. Kowalski, Sarah K. Skow, and the law firm of Spengler Nathanson P.L.L. and hereby enter their appearance as counsel of record for Defendant City of Toledo, Ohio in this action.

Respectfully submitted,

*/s/ Sarah K. Skow*
Gerald R. Kowalski (0022323)
Sarah K. Skow (0081468)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604-5505
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
gkowalski@snlaw.com
sskow@snlaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  This is to certify that a copy of the foregoing has been electronically filed this 14th day of March, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                 */s/ Sarah K. Skow*
                 Sarah K. Skow

429405