IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Drewes Farm Partnership,  Case No. 3:19 CV 434

           Plaintiff,  O R D E R

   -vs-  JUDGE JACK ZOUHARY

City of Toledo, Ohio,

           Defendant.

This Court held a Phone Status on March 15, 2019. Counsel present: Thomas Fusonie and Daniel Shuey for Plaintiff; Geri Kowalski and Sarah Skow for Defendant.

This Court and counsel reviewed and discussed a proposed Preliminary Injunction Order.

Defendant shall file an Answer to the Complaint by **Wednesday, March 27, 2019**.

IT IS SO ORDERED.

                                              s/ *Jack Zouhary*
                                              JACK ZOUHARY
                                              U. S. DISTRICT JUDGE

                                              March 18, 2019