**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**Western Division**

| | | |
|---|---|---|
| Drewes Farm Partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:19-cv-00434-JZ |
| City of Toledo, Ohio, | ) | |
| Defendant, | ) | |
| and | ) | |
| Lake Erie Ecosystem and Toledoans for Safe Water, Inc., | ) | |
| | ) | |
| Intervenors-Defendants. | ) | |
| | ) | |

\*            \*            \*            \*            \*

**JUDGMENT ENTRY GRANTING LEAVE TO INTERVENE**

This cause comes before the Court on the "Motion for Leave to Intervene of Lake Erie Ecosystem and Toledoans for Safe Water, Inc," whereby the Lake Erie Ecosystem, represented by Toledoans for Safe Water, and Toledoans for Safe Water, Inc. seek to intervene either as of right or permissively in these proceedings pursuant to Federal Rule of Civil Procedure 24. For good cause shown, said Motion is found to be well-taken and the same is hereby granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Lake Erie Ecosystem and Toledoans for Safe Water, Inc., be and they hereby are granted leave to intervene

-1-

in this action as Intervenors-Defendants.

_____

Jack Zouhary, Judge