# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DREWES FARMS PARTNERSHIP, | ) | Case No. 3:19-cv-00434-JZ |
| | ) | |
| Plaintiff, | ) | Hon. Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF TOLEDO, OHIO, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT CITY OF TOLEDO'S RESPONSE TO
### LAKE ERIE ECOSYSTEM AND TOLEDOANS FOR SAFE WATER'S
### MOTION TO INTERVENE

Now comes the Defendant, City of Toledo ("City"), by and through counsel, and submits its response to the Motion to Intervene filed by Lake Erie Ecosystem and Toledoans for Safe Water, Inc. (Doc. #10). Although the City takes issue with several of the unfounded statements and mischaracterizations in that Motion, the City does not oppose Lake Erie Ecosystem and Toledoans for Safe Water, Inc.'s Motion to Intervene. The City reserves its right to challenge, correct, or address any arguments, allegations, or statements made by the potential Intervenors at a later time.

Respectfully submitted,

*/s/ Sarah K. Skow*
Gerald R. Kowalski (0022323)
Sarah K. Skow (0081468)

SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604-5505
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
gkowalski@snlaw.com
sskow@snlaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been electronically filed this 5th day of April, 2019. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Sarah K. Skow*
Sarah K. Skow

431004