# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Drewes Farms Partnership**, <br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>**City of Toledo**,<br><br>　　　　　　　　　　Defendant,<br>　　and<br><br>**Lake Erie Ecosystem** and<br>**Toledoans for Safe Water, Inc.**,<br><br>　　　　　　Intervenor-Defendants. | No. 3:19-cv-00434-JZ<br><br>The Honorable Jack Zouhary<br><br><br>**Intervenor-Defendants' Motion for Leave to File a Reply in Support of Motion to Intervene** |

## INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO INTERVENE

Pursuant to the Court's Civil Case Management Procedures, Lake Erie Ecosystem and Toledoans for Safe Water ("Proposed Intervenors") request the Court's prior authorization to file a reply brief to Drewes Farms Partnership's Brief in Opposition to Motion to Intervene. (ECF No. 16.)

Motion for Leave to File a Reply in Support of Motion to Intervene – 1 of 3

1    Drewes Farms Partnership ("DFP") makes four substantive arguments (in ECF No. 16)

2 against intervention by Lake Erie Ecosystem and Toledoans for Safe Water ("Proposed

3 Intervenors") (ECF No. 10). Those arguments are:

4 (1) The Lake Erie Ecosystem allegedly cannot intervene because it cannot be a party under

5 FRCP 17;

6 (2) Proposed Intervenors allegedly lack standing;

7 (3) Proposed Intervenors allegedly do not have a substantial legal interest in the action; and

8 (4) The City of Toledo allegedly adequately represents Proposed Intervenors' interests.

9    Proposed Intervenors request the Court's prior authorization to address those arguments

10 in a Reply Brief. DFP's arguments are either inappropriate or erroneous and Proposed

11 Intervenors request the opportunity to reply.

12    A Proposed Order is attached.

Respectfully submitted this Eighth Day of April, 2019.

> **/s/ Terry J. Lodge**
> Terry J. Lodge, Esq. (S.Ct. #0029271)
> 316 N. Michigan St., Suite 520
> Toledo, OH 43604-5627
> Phone (419) 205-7084
> tjlodge50@yahoo.com
> lodgelaw@yahoo.com
>
> **/s/ Lindsey Schromen-Wawrin**
> Lindsey Schromen-Wawrin (WSBA #46352)
> Shearwater Law PLLC
> 306 West Third Street
> Port Angeles, WA 98362
> Phone (360) 406-4321
> Fax (360) 752-5767
> lindsey@ShearwaterLaw.com
>
> *Attorneys for Intervenor-Defendants*
> *Lake Erie Ecosystem and Toledoans for Safe Water, Inc.*

**Certificate of Service**

I certify that I electronically filed this document with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the Court's CM/ECF system on April 8, 2019.

The other parties are Filing Users and are served electronically by the Notice of Docket Activity.

Dated: April 8, 2019

> **/s/ Lindsey Schromen-Wawrin**
> Lindsey Schromen-Wawrin (WSBA #46352)
> Shearwater Law PLLC
> 306 West Third Street
> Port Angeles, WA 98362
> Phone (360) 406-4321
> Fax (360) 752-5767
> lindsey@ShearwaterLaw.com
>
> *Attorney for Intervenor-Defendants*
> *Lake Erie Ecosystem and Toledoans for Safe Water, Inc.*