IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Drewes Farms Partnership**,

                Plaintiff,

v.

**City of Toledo**,

                Defendant.

No. 3:19-cv-00434-JZ

**[Proposed] Order**

The Court authorizes Proposed Intervenors Lake Erie Ecosystem and Toledoans for Safe Water to file a Reply Brief on their Motion to Intervene (ECF No. 10). The Reply Brief will be due on _____.

_____
Jack Zouhary, Judge

[Proposed] Order – 1 of 1