IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Drewes Farms Partnership**,

                Plaintiff,

    v.

**City of Toledo**,

                Defendant.

Case No. 3:19 CV434

**Order**

The Court authorizes Proposed Intervenors Lake Erie Ecosystem and Toledoans for Safe Water to file a Reply Brief on their Motion to Intervene (ECF No. 10). The Reply Brief will be due by April 22, 2019 (6 page limit).

                s/ Jack Zouhary
                Jack Zouhary, Judge