IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Drewes Farm Partnership,                           Case No. 3:19 CV 434

                    Plaintiff,              O R D E R

          -vs-                             JUDGE JACK ZOUHARY

City of Toledo, Ohio,

                    Defendant.


    Counsel shall forward to this Court their respective letters in a joint filing regarding a Motion

for Judgment on the Pleadings by **May 10, 2019**.  This Court will then hold a Record Phone

Conference on **Friday, May 17, 2019 at 4:15 PM**.  At that time counsel shall call the District Court

conference line.

    IT IS SO ORDERED.


                                   s/ *Jack Zouhary*
                                   JACK ZOUHARY
                                   U. S. DISTRICT JUDGE

                                   May 7, 2019