IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Drewes Farms Partnership**,

                Plaintiff,

v.

**City of Toledo**,

                Defendant.

No. 3:19-cv-00434-JZ

**[Proposed] Order**

1    The Court denied Proposed Intervenor-Defendants Lake Erie Ecosystem and
2    Toledoans for Safe Water's Motion to Intervene on May 7, 2019 (Doc. 23).
3    However, in the interests of justice and allowing these prospective parties the
4    opportunity to seek review of this Court's Order, the Court hereby stays the case
5    pending a decision by the Sixth Circuit on the Court's denial of intervention.
6        The Court recognizes that its Preliminary Injunction Order (ECF No. 9) has

already preserved the status quo between the existing parties in the case by enjoying the City of Toledo, and its agent and employees, from enforcing LEBOR.

The Proposed Intervenor-Defendants are not required to post a bond or other security.

The May 17 Record Phone Conference is canceled (*see* Doc. 24).

Until the Sixth Circuit issues an opinion on the Proposed Intervenor-Defendants' appeal, the existing parties in this case may not file dispositive motions, stipulations, or agreements, or otherwise seek a judgment from this Court.

_____
Jack Zouhary, Judge