Case No. 19-3435

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DREWES FARMS PARTNERSHIP

    Plaintiff - Appellee

v.

CITY OF TOLEDO, OH

    Defendant - Appellee

STATE OF OHIO

    Intervenor - Appellee

LAKE ERIE ECOSYSTEM; TOLEDOANS FOR SAFE WATER, INC.

    Proposed Intervenors - Appellants

  In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

  It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                            **ENTERED PURSUANT TO RULE 33,**
                                            **RULES OF THE SIXTH CIRCUIT**
                                            Deborah S. Hunt, Clerk

Issued: June 24, 2019