## Sarah Skow

| | |
|---|---|
| **From:** | Fusonie, Thomas H. <thfusonie@vorys.com> |
| **Sent:** | Friday, July 12, 2019 3:26 PM |
| **To:** | Sarah Skow; Gerald Kowalski |
| **Cc:** | Herlihy, Kimberly Weber; Ingram, Christopher L.; Shuey, Daniel E.; Daniel J. Martin; Gregg H. Bachmann |
| **Subject:** | Drewes Farms Partnership, et al. v. Toledo |

Counsel,

Although Drewes Farms still questions the relevance and proportionately of Toledo's 11 categories, in a good faith effort to resolve the discovery dispute and move this matter along, please find the below FTP link to documents within the various 11 categories.

https://vorys.sharefile.com/f/foadf925-cb4a-4075-ae21-8bdf1903724b

Also, in the interest of efficiency, Drewes Farms requests that the City agree that all parties will agree to appear at next week's conference by telephone. Please let us know by 3:00 on Tuesday if the City agrees.

Tom



**Thomas H. Fusonie**
Attorney at Law

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street | Columbus, Ohio 43215

Direct: 614.464.8261
Fax: 614.719.4886
Email: thfusonie@vorys.com
*www.vorys.com*

From the law offices of Vorys, Sater, Seymour and Pease LLP.

CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.



EXHIBIT B

1