**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **Drewes Farms Partnership**, | No. 3:19-cv-00434-JZ |
| Plaintiff, | The Honorable Jack Zouhary |
| **State of Ohio**, | |
| Intervenor-Plaintiff, | **[Proposed] Order** |
| v. | |
| **City of Toledo**, | |
| Defendant. | |

Toledoans for Safe Water's Motion for Leave to File Amicus Curiae Brief is granted.

Toledoans shall file their brief as a response to the Plaintiff and Plaintiff-Intervenor's Motions for

Judgment on the Pleadings.

_____

The Honorable Jack Zouhary