IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Drewes Farms Partnership,         Case No. 3:19 CV 434

          Plaintiff,        O R D E R

     -and-        JUDGE JA ZOUHARY

State of Ohio,

          Intervenor,

     -vs-

City of Toledo,

          Defendant.

This Court will hold a record Hearing on **Tuesday, January 28, 2020 at 10:00 AM (EST)** in the courtroom of the Honorable Jack Zouhary, United States District Judge, located on the second floor, Courtroom 209, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.  Prior to the hearing, this Court will forward questions which shall serve as the agenda for the hearing.

IT IS SO ORDERED.

                                                   s/ *Jack Zouhary*
                                                   JACK ZOUHARY
                                                   U. S. DISTRICT JUDGE

                                                   October 28, 2019