IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Drewes Farms Partnership, | Case No. 3:19 CV 434 |
| Plaintiff, | O R D E R |
| -and- | JUDGE JACK ZOUHARY |
| State of Ohio, | |
| Intervenor, | |
| -vs- | |
| City of Toledo, | |
| Defendant. | |

In light of the recently-filed Motion for Attorneys' Fees (Doc. 65), this Court suggests counsel consider a Settlement Conference in an attempt to resolve this matter without further briefing and legal expense. Counsel shall contact Chambers by phone (419-213-5675) or e-mail (zouhary_chambers@ohnd.uscourts.gov) if they would like this Court's assistance.

Further briefing is stayed until counsel have met and conferred.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

March 13, 2020