# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DREWES FARMS PARTNERSHIP, | ) | Case No. 3:19-cv-00434-JZ |
| | ) | |
| Plaintiff, | ) | Hon. Jack Zouhary |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF TOLEDO, OHIO, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Gerald R. Kowalski (0022323)
Sarah K. Skow (0081468)
Jennifer A. McHugh (0084842)
Stephen D. Hartman (0074794)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, Ohio 43604-5505
Telephone: (419) 241-2201
Facsimile: (419) 241-8599
gkowalski@snlaw.com
sskow@snlaw.com
jmchugh@snlaw.com
shartman@snlaw.com

*Counsel for Defendant, City of Toledo, Ohio*

Notice is hereby given that the City of Toledo, Defendant in the above-named action, hereby appeals to the United States Court of Appeals for the Sixth Circuit the Order (Doc. 63) of the Northern District of Ohio invalidating the Lake Erie Bill of Rights ("LEBOR"), entered February 27, 2020.

Notice is further given that the City of Toledo hereby appeals to the United States Court of Appeals for the Sixth Circuit the Judgment Entry (Doc. 64) of the Northern District of Ohio granting the Motions for Judgment on the Pleadings filed by Plaintiff and Intervenor (Docs. 34 and 35).

                                         Respectfully submitted,

                                         */s/ Sarah K. Skow*
                                         Gerald R. Kowalski (0022323)
                                         Sarah K. Skow (0081468)
                                         Jennifer A. McHugh (0084842)
                                         Stephen D. Hartman (0074794)
                                         SPENGLER NATHANSON P.L.L.
                                         900 Adams Street
                                         Toledo, Ohio  43604-5505
                                         Telephone:  (419) 241-2201
                                         Facsimile:  (419) 241-8599
                                         gkowalski@snlaw.com
                                         sskow@snlaw.com
                                         jmchugh@snlaw.com
                                         shartman@snlaw.com

                                         *Counsel for Defendant, City of Toledo, Ohio*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been electronically filed this 27th day of March, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                  */s/ Sarah K. Skow*
                                                                  Sarah K. Skow
479834